**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ARMIN AGUILAR FUENTES,** *Petitioner,* | § | |
| ***v.*** | § | **NO. 6:26-CV-174-ADA-DNM** |
| **WARDEN OF LIMESTONE COUNTY DETENTION CENTER, BRET BRADFORD in his official capacity as Field Office Director of Enforcement and Removal Operations at the Houston Field Office for Immigration and Customs Enforcement, TODD M. LYONS in his official capacity as Acting Director of United States Immigration and Customs Enforcement, KRISTI NOEM in her official capacity as Secretary of the United States Department of Homeland Security, and PAMELA BONDI in her official capacity as United States Attorney General,** ***Respondents.*** | § | |

**ORDER**

On August 25, 2026, Petitioner filed a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 6. Petitioner seeks to voluntarily dismiss his petition for writ of habeas corpus, and there have been no substantive rulings in this case.

An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. FED. R. CIV. P. 41(a)(2). The Court finds these terms are proper for dismissal. Petitioner's Motion should therefore be granted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Voluntary Dismissal (Dkt. No. 6) is **GRANTED.** Accordingly, the Clerk's Office is directed to **CLOSE** this case and **TERMINATE** all pending motions.

SIGNED ON AUGUST 28, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE